

# CHRIS DANIEL

**HARRIS COUNTY DISTRICT CLERK**

01-15-00118-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/6/2015 2:27:20 PM
CHRISTOPHER A. PRINE
Clerk

January 28, 2015

DAVID L. GARZA
ATTORNEY OF RECORD
102 S. LOCKWOOD
HOUSTON, TEXAS 77011

Defendant's Name: SANTOS AQUILEO CRUZ-ESCALANTE

Cause No: 1311655

Court: 185TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 01/15/2015
**Sentence Imposed Date:** 01/15/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** DAVID L. GARZA

Sincerely,

/s/ N. Salinas, Deputy
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

CARRIE LOGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

Cause No. 1311655

THE STATE OF TEXAS

, A/K/A/ Santus V. Cruz - Escalante

185 District Court / ~~County Criminal Court at Law No.~~

Harris County, Texas

NOTICE OF APPEAL

**FILED**
Chris Daniel
District Clerk
Time: JAN 1 5 2015
By _____
Harris County, Texas
Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

On January 15, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

January 15, 2015
**Date**

_____
**Attorney (Signature)**

Santus Cruz - Escalante
**Defendant (Printed name)**

Richard M Gould
**Attorney (Printed name)**

08151550
**State Bar Number**

7015 Gulf Freeway SA 215
Address Houston TX 77087

(832) 932-1402
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☒ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

Santus Cruz - Escalante
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ JAN 1 5 2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _Jan. 15, 2015_ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND. (Felony Only)**

DATE SIGNED: _Jan. 15, 2015_

JUDGE PRESIDING,
_185_ **DISTRICT COURT /**
~~COUNTY CRIMINAL COURT AT LAW NO.~~ ___,
HARRIS COUNTY, TEXAS

 

Cause No. 1311655

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 185 DISTRICT COURT |
| v. | ~~COUNTY CRIMINAL COURT AT LAW NO.~~ |
| Santis Cruz-Escalante, Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

FILED
Chris Daniel
District Clerk
JAN 15 2015
By
Harris County, Texas
Deputy

_____
Judge

1/15/15
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas Ricardo N. Gonzalez, Attorney
7018 Gulf Freeway, Ste. 215
Mailing Address: Houston, TX 77087
(832) 932-1402
Fax (713) 943-0512
Telephone number: TBN: 08131550

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

9/1/2011

# APPEAL CARD

Due: 3-16-15    1st

Court **185**

Cause No. **1311655**

## The State of Texas
### Vs
**SANTOS CRUZ-ESCALANTE**

Date Notice
Of Appeal: 1/15/15    1-15-15

Presentation:      Vol._____ Pg._____

Judgment:      Vol._____ Pg._____

Judge Presiding **MICHAEL WILKINSON**
Court Reporter **CARRIE LOGAN**
Court Reporter _____
Court Reporter _____

Attorney
on Trial **RICARDO GONZALEZ**

Attorney
on Appeal **DAVID L. GARZA**

Appointed_____ Hired_____

Offense **AGG. SEX ASSAULT / CHILD**

Jury Trial:      Yes __✓__ No _____

Punishment
Assessed **20 YRS TDC**

Companion Cases
(If Known) **1311534**

Amount of
Appeal Bond **∅**

Appellant
Confined:      Yes_____ No_____

Date Submitted
To Appeal Section **1/16/15**

Deputy Clerk **C. PERKINS**

996

Notice of Appeal Card Rev. 9/84